UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : File No. 1:14-cr-00083-jgm-7 |
| | : |
| TYRONE CROMER, | : |
| | : |
| Defendant. | : |
| | : |

RULING ON MOTION TO SUPPRESS
(Doc. 186)

Defendant Tyrone Cromer is charged in a second superseding indictment with conspiracy to distribute heroin and cocaine and distribution of heroin in violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C) in this multi-defendant case. (Doc. 18 (Counts 1, 8-9).) Last year, Defendant Aliquan Umstead moved to suppress evidence obtained during a September 23, 2013 vehicle stop on Interstate 91 near Hartland, Vermont. (Doc. 126.) The government opposed the motion. (Doc. 135.) After holding an evidentiary hearing on January 21, 2016, and considering supplemental filings (Docs. 176, 177), the Court denied the motion. (Doc. 183.) Cromer now moves to suppress evidence seized during the September 23, 2013 vehicle stop by incorporating by reference Umstead's motion and supplemental brief in support of his motion. (Doc. 186.) The government opposes the motion and incorporates by reference its opposition to Umstead's motion and supplemental brief. (Doc. 187.) Cromer did not file a reply.

Defendant Cromer's motion to suppress evidence (Doc. 186) is DENIED for the reasons stated in the April 7, 2016 Ruling denying the motions to suppress evidence obtained during the September 23, 2013 vehicle stop. See Doc. 183.

This case will be placed on the July 26, 2016 trial calendar.

Dated at Brattleboro, in the District of Vermont, this 15th day of June, 2016.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge